# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 4:03cr11-RH/WCS

ARMANDO HERNANDEZ,

    Defendant.

_____/

## ORDER FOR SCHEDULING OF RESENTENCING

At the telephonic hearing of June 21, 2005, the parties agreed that this matter should be set for resentencing, and that at the resentencing, either side should be allowed to argue for a different sentence than originally imposed, based on the intervening decision in *United States v. Booker*, 125 S. Ct. 738 (2005). Neither side asserted any objections to the presentence report prior to the original sentencing. A deadline will now be established for the assertion of objections prior to the resentencing. The parties have not agreed that objections should now be entertained, and no ruling is expressed on that issue; the deadline is established by this order so that each side may know, well in advance of the resentencing, whether the other side will attempt to assert objections or introduce evidence in support

thereof.

For these reasons,

IT IS ORDERED:

1. By separate notice, the clerk shall schedule this matter for resentencing.

2. At least 14 days prior to the resentencing hearing, a party that asserts any objection to the presentence report shall file and serve a notice that (a) states the nature and basis of each objection, and (b) summarizes the evidence, if any, that the party intends to introduce in support of the objection. No objection will be entertained, and no evidence will be received, unless timely disclosed as required by this paragraph. No such notice need be filed in order to preserve a party's ability to assert that, even accepting the facts and guidelines calculation set forth in the presentence report, a sentence outside the guidelines range should be imposed under *United States v. Booker*, 125 S. Ct. 738 (2005).

SO ORDERED this 27th day of June, 2005.

s/Robert L. Hinkle  
Chief United States District Judge